NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENINSULA GROUP CAPITAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5026

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-747, Senior Judge Bohdan A. Futey.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's motion for a 45-day extension of time, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted. The appellant's opening brief is due March 14, 2011.

For The Court

__DEC 1 4 2010__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Brian Fedor
     P. Davis Oliver, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK